UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIAGO FERREIRA DE ARAUJO<br>Plaintiff(s),<br><br>v.<br><br>DAVID WESLING, ANTONE MONIZ, TODD LYONS, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, and PAMELA BONDI<br>Defendant(s). | Civil Action No. 26-11291-JEK |

## JUDGMENT

**KOBICK, D.J.**

☐    Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒    Decision by the Court: In accordance with the Court's Electronic Order dated March 20, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Tiago Ferreira De Araujo.

Dated: March 31, 2026

/s/ Haley Currie

Deputy Clerk